# Court of Appeals
# of the State of Georgia

ATLANTA, June 25, 2019

*The Court of Appeals hereby passes the following order:*

**A19A2046. WILLIE MAYS v. THE STATE.**

In 1984, a jury found Willie Mays guilty of armed robbery, theft and kidnapping, and he was sentenced to life in prison. His convictions were affirmed on appeal. See *Mays v. State*, 238 Ga. App. 507 (519 SE2d 290) (1999). In 2017, Mays filed two motions to set aside a void judgment of conviction, arguing in both that his arrest was unlawful. The trial court denied the motions in a single order, and Mays appeals.

A post-conviction motion seeking to vacate an allegedly void conviction is not a valid procedure in a criminal case, and any appeal from the denial or dismissal of such a motion must be dismissed. See *Williams v. State*, 287 Ga. 192, 192, 194 (695 SE2d 244) (2010); *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010). Accordingly, Mays's appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 06/25/2019
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.